UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRENTWOOD CREDIT CORP.,

                Plaintiff,              **ORDER**

                                  CV-04-1778 (SJF) (MLO)

        -vs-

GLEN S. DAVIS,

                Defendant.

-----------------------------------------------------------------X
FEUERSTEIN, J.

      The Report and Recommendation of Magistrate Judge Michael L. Orenstein, dated June 13, 2005, recommending that the Court dismiss the above-captioned case for failure to prosecute is adopted in it's entirety. The action is dismissed without prejudice. The Clerk of Court is directed to close the case.

SO ORDERED.

_____
SANDRA J. FEUERSTEIN
United States District Judge

Dated: Brooklyn, N.Y.
       August 31, 2005